IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-137-RJC-DCK

| | | |
|---|---|---|
| RHONDA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GARRETSON FIRM RESOLUTION GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning James D. Schoeny, filed August 24, 2011. Mr. Schoeny seeks to appear as counsel *pro hac vice* for Defendant Garretson Firm Resolution Group, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Schoeny is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Garretson Firm Resolution Group, Inc.

Signed: August 24, 2011

David C. Keesler
United States Magistrate Judge